1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

FILED
AUG 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No. 3:07-70505
13                                   )
        Plaintiff,                   )   UNITED STATES' APPLICATION TO SEAL
14                                   )   NOTICE OF 5 PROCEEDINGS ON OUT-OF-
    v.                               )   DISTRICT CRIMINAL CHARGES
15                                   )
    ROMAN VEGA,                      )
16                                   )   SAN FRANCISCO VENUE
        Defendant.                   )
17  _____    )   **UNDER SEAL**

18      Now comes the United States of America, by and through its counsel, the United States
19  Attorney for the Northern District of California, and moves this Court for an Order sealing its
20  Notice of Proceedings on Out-of-District Criminal Charges until the unsealing of the arrest
21  warrant and complaint in the case pending in the Eastern District of New York, case number M-
22  07 942, or otherwise ordered by the Court. As set forth in the attachment hereto, that matter has
23  been ordered to be sealed.

24  DATED: August 28, 2007                    Respectfully submitted,

25                                            SCOTT N. SCHOOLS
                                              United States Attorney
26
27                                            /s/ Kyle F. Waldinger
                                              KYLE F. WALDINGER
28                                            Assistant United States Attorney

SEALING APPLICATION
[U.S. v. ROMAN VEGA]

SFC:JED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        - against -

ROMAN VEGA,
  also known as
"Boa", "Roman Stepanenko"
"Randy Riolta," and
ICQ User No. 107711,

        Defendant.

- - - - - - - - - - - - - - - - X

UNSEALING ORDER

M-07-942

       Upon the application of ROSLYNN MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney JONATHAN E. DAVIS and THOMAS DUKES, Trial Attorney for the United States Department of Justice, Criminal Division, Computer Crimes and Intellectual Property Section (collectively, the "government attorneys"), it is hereby

       ORDERED that in the above-captioned case, the warrant directing the arrest of the defendant ROMAN VEGA and the affidavit submitted in support thereof, both dated August 24, 2007, be unsealed for the limited purpose of disclosing said documents to (a) the Office of the United States Attorney for the Northern District of California ("USAO-NDCA"); (b) the Office of the Public Defender in that district ("OPD-NDCA"), which represents VEGA in a separate criminal case now pending there;

2

and (c) any district judge or magistrate judge sitting in NDCA. These documents remain SEALED as to all others, except the government attorneys, the United States Marshal's Service and employees of the United States Secret Service, which is assisting the government in the prosecution of the above-captioned case;

It is further ORDERED that no later than August 27, 2007, the government shall serve a copy of this Order on USAO-NDCA and on the defendant's assigned attorney, Elizabeth M. Falk of OPD-NDCA, as notice to USAO-NDCA and OPD-NDCA and to VEGA that each is prohibited until further notice from disclosing the warrant, affidavit or their contents or this ORDER to anyone other than a district judge or magistrate judge sitting in NDCA; and

Except as provided above, this Order is hereby SEALED until further notice.

Dated:   Brooklyn, New York
         August 24, 2007

_____
HONORABLE KIYO MATSUMOTO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK