FILED
AUG 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:07-70505 |
| Plaintiff, ) | SEALING ORDER |
| v. ) | SAN FRANCISCO VENUE |
| ROMAN VEGA, ) | **UNDER SEAL** |
| Defendant. ) | |

Good causing appearing therefor, it is hereby ordered that the United States' Notice of Proceedings on Out-of-District Criminal Charges, the United States' Application to Seal, this Order and all related papers be filed and maintained under seal until the unsealing of the arrest warrant and complaint in the case pending in the Eastern District of New York, case number M-07 942, or otherwise ordered by the Court.

DATED: August 28, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

SEALING ORDER
[U.S. v. ROMAN VEGA]