| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
|   | United States Attorney |
| 2 | |
|   | BRIAN J. STRETCH (CSBN 163973) |
| 3 | Chief, Criminal Division |
| 4 | KYLE F. WALDINGER (ILSB 6238304) |
|   | Assistant United States Attorney |
| 5 | |
|   | 450 Golden Gate Avenue, 11th Floor |
| 6 | San Francisco, California 94102 |
|   | Telephone: (415) 436-6830 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

**FILED**

AUG 2 9 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,     )     No. CR 3-07-70505 JCS
          Plaintiff,           )
                               )     **UNITED STATES' APPLICATION TO**
     v.                        )     **UNSEAL THE ENTIRE CASE FILE**
                               )
ROMAN VEGA,                    )
          Defendant.           )
_____  )

The United States hereby moves this Court to UNSEAL the entire case file in the above-referenced matter following the unsealing of the arrest warrant and complaint in the Eastern District of New York on August 28, 2007.

DATED: August 29, 2007          Respectfully submitted,

                                SCOTT N. SCHOOLS
                                United States Attorney

                                /s/ Kyle F. Waldinger
                                KYLE F. WALDINGER
                                Assistant United States Attorney

UNSEALING APPLICATION
CR 3-07-70505