**FILED**

AUG 29 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-07-70505 JCS. |
| Plaintiff, ) | **UNSEALING ORDER** |
| v. ) | |
| ROMAN VEGA, ) | |
| Defendant. ) | |

Good cause appearing therefor, it is hereby ordered that the entire case file in the above-captioned matter be UNSEALED.

DATED: August 24, 2007

JOSEPH C. SPERO
United States Magistrate Judge

UNSEALING ORDER
CR 3-07-70505