| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 6 M | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Karen L. Hom | | | | REPORTER/FTR FTR 9:37 to 9:43 | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | | DATE August 29, 2007 | | | | NEW CASE ☐ | CASE NUMBER 3-07-70505 JCS |
| **APPEARANCES** | | | | | | | |
| DEFENDANT Roman Vega | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Elizabeth Falk | | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Kyle Waldinger & Howard Cox | | INTERPRETER Anna Levitan - Ukranian | | | ☐ FIN. AFFT SUBMITTED | ☒ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Michelle Nero | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐ OF CJA FEES |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR Rule 5 - Dist NY | ☐ | PRELIM HRG | ☐ | MOTION | ☐ JUGM'T & SENTG | ☐ | STATUS |
| ☐ I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ PROB. REVOC. | ☐ | ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | | SPECIAL NOTES | ☐ | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | |
| **CONTINUANCE** | | | | | | | |
| TO: 09/20/07 | | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET |
| AT: 9:30 AM | | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | | ☐ OTHER |
| BEFORE HON. Judge Laporte | | ☐ DETENTION HEARING | | Status re: | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☒ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Gov't Motion to Unseal - GRANTED. Order unsealing case signed in open Court. At request of counsel matter is continued to 9/20/7.
KLH, JCS, LH

DOCUMENT NUMBER: