1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830

7 | Facsimile: (415) 436-7234

8 | Attorneys for Plaintiff

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,            )   CR. NO. 3-07-70505 (JCS) CRB
                                          )
14 |        Plaintiff,                    )
                                          )   UNITED STATES' MEMORANDUM
15 |   v.                                 )   RE: REMOVAL OF DEFENDANT TO
                                          )   EASTERN DISTRICT OF NEW YORK
16 | ROMAN VEGA,                          )
                                          )
17 |        Defendant.                    )
     _____    )

18      The parties last appeared before the Court on September 20, 2007. At that hearing, the

19 Court ordered that the above-captioned matter be re-assigned from the duty magistrate judge to

20 this Court. The Court set a hearing for removal proceedings for October 3, 2007 at 2:15 p.m. and

21 ordered that the parties file briefs regarding the issue of removal before that date.

22      This pleading is to advise the Court that — given that the defendant has not yet been

23 sentenced in this District and given that he has indicated that he will seek to withdraw his pleas

24 of guilty entered in November 2006 and proceed to trial in this District — the United States

25 hereby withdraws its request to immediately remove the defendant to the Eastern District of New

26 York.

27      The United States reserves its right to renew its request that the defendant be removed to

28 the Eastern District of New York to face charges on the indictment that is pending there should

USA'S MEMORANDUM RE: REMOVAL
CR. NO. 3-07-70505 (JCS) CRB

1  this Court impose sentence and/or deny any motion filed by the defendant to withdraw his pleas
2  of guilty.
3        The United States respectfully requests that the hearing currently set for October 3, 2007
4  be for the purpose of updating the Court on the status of the United States Attorney's Offices'
5  and Federal Public Defender's Offices' discussions regarding resolution of issues in either of the
6  pending cases. For the Court's information, the four sets of attorneys plan to meet on October 2,
7  2007 in San Francisco. It is also the United States' understanding that counsel for the defendant
8  in the Eastern District of New York will be in this District on October 1 or October 2 to meet
9  with his client.

11  DATED: September 28, 2007                       Respectfully Submitted,

                                                        SCOTT N. SCHOOLS
                                                        United States Attorney

                                                        */s/ Kyle F. Waldinger*
                                                        KYLE F. WALDINGER
                                                        Assistant United States Attorney

USA'S MEMORANDUM RE: REMOVAL
CR. NO. 3-07-70505 (JCS) CRB