1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )   No.   CR 3-07-70505 (JCS) CRB
                                   )         CR 04-0101 CRB
12         Plaintiff,              )
                                   )   [PROPOSED] ORDER OF REMOVAL
13     v.                          )   PURSUANT TO RULE 5
                                   )
14 ROMAN VEGA,                     )
                                   )
15         Defendant.              )
                                   )
16 _____

17         Pursuant to Federal Rule of Criminal Procedure 5, the Court hereby orders Roman Vega

18 removed to the Eastern District of New York (EDNY), where a two-count indictment has been

19 filed naming him as a defendant.  That case is captioned <u>United States v. Roman Vega</u>, CR 07-

20 707.  The United States Marshals Service is ordered to transfer Vega forthwith to the EDNY.

21         If, after Vega has been present in the EDNY for approximately 45 days, he desires to

22 return to this District to resolve the pending case here, the United States shall return him to this

23 District within a reasonable period of time not to exceed 60 days from the date of his formal

24 request.  The Court finds that Vega agreed to be removed to the EDNY under these terms in open

25 court on October 10, 2007.

26 IT IS ORDERED.

27 DATED:                                    _____
                                             CHARLES R. BREYER
28                                           United States District Judge

[PROPOSED] ORDER OF REMOVAL
CR 3-07-70505 (JCS) CRB & CR 04-0101 CRB